NOTE: This disposition is not citable as precedent.

# United States Court of Appeals for the Federal Circuit

06-1364

TAKEDA CHEMICAL INDUSTRIES, LTD.,
and TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,

Plaintiffs-Appellees,

v.

RANBAXY LABORATORTIES, LTD., and RANBAXY PHARMACEUTICALS, INC.,

Defendants,

and

MYLAN LABORATORIES, INC., MYLAN PHARMACEUTICALS, INC.,
and UDL LABORATORIES, INC.,

Defendants-Appellants,

and

WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC.,
WATSON PHARMA, INC., and DANBURY PHARMACAL, INC.,

Defendants,

and

ALPHAPHARM PTY., LTD., and GENPHARM, INC.,

Defendants.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF NEW YORK

in CASE NO(S).         03-CV-8250, 03-CV-8253, 03-CV-8254, 04-CV-1966

NOTE: This disposition is not citable as precedent.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, BRYSON, and DYK, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED JUN 2 8 2007

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** JUL 1 9 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 7/19/07

**BILL OF COSTS** (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): __2006-1364__    Caption: __Takeda v. Ranbaxy Labs__

The Clerk is requested to tax the following costs against: Defendant-Appellant, Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc. and UDL Laboratories.

| ITEM | Number of Copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| (1) Docketing Fee (if paid in this court) | XXXXX | XXXXX | | | | |
| (2) Table of Designated Materials (original)* | XXXXX | N/A | | | | |
| (3) Table of Compilation of Designated Materials (copying and collating)* | N/A | N/A | | | | |
| (4) Brief (original) | XXXXX | 86 | | 6.00 | | |
| (5) Brief (cover and binding) | 18 | XXXXX | | 2.00 | | |
| (6) Brief (copying and collating) | 18 | 1548 | | 0.08 | | |
| (7) Appendix (original - table of contents) | XXXXX | N/A | | 6.00 | | |
| (8) Appendix (covers and binding) | N/A | XXXXX | | 2.00 | | |
| (9) Appendix (copying and collating) | N/A | N/A | | 0.08 | | |
| (10) Reply Brief (original) | XXXXX | N/A | | 6.00 | | |
| (11) Reply Brief (covers and binding) | N/A | XXXXX | | 2.00 | | |
| (12) Reply Brief (copying and collating) | N/A | N/A | | 0.08 | | |
| Other (describe): | | | | | | |
| **GRAND TOTALS** | | STIPULATED AMOUNT | | | $675.84 | $675.84 |

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 7/9/07

FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JAN HORBALY CLERK

DOCKETED AS A JUDGMENT ON 7/24/07

675.84
#07/1480

I, David G. Conlin, swear under penalty of perjury that the services for which costs are taxed were necessarily performed and that the parties have stipulated to the amount to be taxed. Copies of this bill were served on all parties being taxed. The certificate of service is attached.

City/County of Boston, District/State of Massachusetts SS

Signature: _/s/ David G. Conlin_    Date: July 12, 2007    Attorney for: Appellee

**IN THE**
**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

No. 2006-1364

TAKEDA CHEMICAL INDUSTRIES, LTD.
and TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,

Plaintiffs-Appellees

-v.-

RANBAXY LABORATORIES LTD., and RANBAXY PHARMACEUTICALS, INC.,

Defendants

and

MYLAN LABORATORIES, INC., MYLAN PHARMACEUTICALS, INC., and UDL LABORATORIES, INC.,

Defendants-Appellants

and

WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., WATSON PHARMA, INC., and DANBURY PHARMACAL, INC.,

Defendants

and

АЛРНАРМ PTY., LTD., and GENPHARM, INC.

Defendants

---

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of all papers attached hereto to be served on counsel for the Appellants Mylan by mailing a copy of the same by USPS Express Mail, postage prepaid, to counsel for Mylan, William A. Rakoczy, Esq., Rakoczy Molino Mazzochi Siwik LLP, 6 West Hubbard Street, Chicago, IL 60610

this 12th day of July 2007.

/s/ David G. Conlin

David G. Conlin
Attorney for Plaintiffs-Appellees
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100

BOS_589580